**OFFICE OF THE CLERK**
# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF OKLAHOMA**
**411 UNITED STATES COURTHOUSE**

**333 W Fourth Street**
**TULSA, OKLAHOMA 74103-3819**

**MARK McCARTT**

**CLERK**

**(918) 699-4700**
**(FAX) 699-4756**

March 23, 2020

Derrick Stith
#119521
David L Moss CJC
300 North Denver Ave
Tulsa, OK 74103

Re: 20-cv-116-GKF-FHM

Dear Sir:

This office is in receipt of your 1983 Civil Rights Complaint. Accompanying the complaint is a declaration filed by numerous other persons.

Please be advised that it is our policy to require each inmate to request their own forms and file their own individual complaint.

Please find enclosed an additional 1983 Civil Rights Complaint packet.

Respectfully,

MARK MCCARTT

By: s/J. Slaten
        Deputy Clerk

enc: 1983 Complaint packet