# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

DERRICK WAYNE STITH, )
                                 )
          **Plaintiff,** )

v. )     **Case No. 20-CV-0116-GKF-FHM**
                                 )

DAVID PARKER; )
NICHOLAS GROOM, )
                                 )
          **Defendants.** )

## ORDER

Plaintiff commenced this action on March 23, 2020, by filing a 42 U.S.C. § 1983 complaint (Dkt. 1) and a motion to proceed in forma pauperis (Dkt. 3). By order (Dkt. 4) filed March 30, 2020, the Court authorized plaintiff to proceed without prepayment of the full filing fee and directed him to submit an initial partial payment of $50.30 on or before April 29, 2020. Plaintiff filed an amended complaint (Dkt. 6) and a motion to extend the filing fee deadline (Dkt. 7) on April 10, 2020. For good cause shown, the Court granted plaintiff's motion and extended the payment deadline to May 20, 2020. Dkt. 8. Plaintiff requested a second extension on May 19, 2020. Dkt. 9.

By order (Dkt. 10) filed May 26, 2020, the Court screened the amended complaint, determined that it was subject to being dismissed for failure to state a claim on which relief could be granted, directed plaintiff to file a second amended complaint on or before June 16, 2020, and directed plaintiff to submit the initial partial payment on or before June 16, 2020. In the order, the Court advised plaintiff this was a final extension of the filing fee deadline and that the Court could dismiss this action without prejudice to refiling if plaintiff failed to comply with the Court's

directives. Dkt. 10, at 3, 14-15. To date, plaintiff has neither submitted the initial partial payment nor submitted a second amended complaint to cure the deficiencies identified in this Court's prior order. Consequently, the Court finds that this action should be dismissed, without prejudice to refiling, for lack of prosecution and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 855 (10th Cir. 2005) ("[D]ismissal is an appropriate disposition against a party who disregards court orders and fails to proceed as required by court rules.").

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The amended complaint (Dkt. 6) is **dismissed without prejudice**.

2. This is a final order terminating this action.

**DATED** this 29th day of June 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE