## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DERRICK WAYNE STITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 20-CV-0116-GKF-FHM** |
| | ) | |
| **DAVID PARKER;** | ) | |
| **NICHOLAS GROOM,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### JUDGMENT OF DISMISSAL

In an order filed contemporaneously herewith, the Court dismissed without prejudice plaintiff's amended complaint for failure to prosecute this civil action and failure to comply with court orders.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of defendants and against plaintiff.

**DATED** this 29th day of June 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE